UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No. 2:20-CV-105 |
| | ) | |
| v. | ) | Judges _____ |
| | ) | |
| $7,061.05 U.S. CURRENCY, | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR LEAVE TO FILE AFFIDAVIT UNDER SEAL

The United States of America, by and through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, hereby moves this Court for an Order sealing the Affidavit in Support of the Verified Complaint *In Rem* in the above-referenced case on the grounds that disclosure of the Affidavit at this time may jeopardize the on-going criminal investigation and prosecution in *United States v. Jonathan Marble*, et al., EDTN Case No. 2:18-CR-148.

Accordingly, the United States respectfully moves this Court to seal the Affidavit in Support of the Verified Complaint *In Rem* for a period of 180 days from the issuance of an Order granting this motion. The Government may apply for a renewal of the 180-day period, if sealing this Affidavit remains necessary.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

By:   *s/ Gretchen Mohr*
GRETCHEN MOHR, NY Bar No. 5064704
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
gretchen.mohr@usdoj.gov
(865) 545-4167